UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2

| | | |
|---|---|---|
| Allstate Insurance Company et al. | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| United States of America | ) | |

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the parties wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: December 14th, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED DEC 15 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK